SCHEDULE B
PUBLIC PURPOSE

The public purpose for which said land is taken is the continued development and administration of the Blackwater National Wildlife Refuge.