IN THE UNITED STATES DISTRICT COURT FOR
THE DISTRICT OF MARYLAND

| | |
|---|---|
| UNITED STATES OF AMERICA<br><br>*Plaintiff,*<br><br>v.<br><br>133 Acres of Land, More or Less, Situate in Dorchester County, Maryland, and Unknown Heirs of Elmer Hancock, *et al.*,<br><br>*Defendants.* | CIVIL NO. 1:22-cv-00416-JMC |

**WAIVER OF SERVICE OF JUDICIAL PROCESS**

TO: Scott W. Stemetzki
U.S. Department of Justice
Environment & Natural Resources Division
Post Office Box 7611 - Ben Franklin Station
Washington, D.C. 20044-7611

I acknowledge receipt of your request that I waive service of a summons in the action of *United States v. 133 Acres of Land, More or Less, Situate in Dorchester County, Maryland and Unknown Heirs of Elmer Hancock, et al.*, which is case number 1:22-cv-00416-JMC in the United States District Court for the District of Maryland. I have also received a copy of the Complaint in Condemnation, Declaration of Taking, Notice of Condemnation, two copies of this waiver form, and a prepaid means of returning one signed copy of the form to you.

I, or the entity I represent, agree to save the expense of serving a summons and complaint in this case.

I understand that I, or the entity I represent, will keep all defenses or objections to the lawsuit, the court's jurisdiction, and the venue of the action, but that I waive any objections to the

absence of a summons or of service.

I also understand that I, or the entity I represent, must file and serve an answer or a motion under Rule 12 within 60 days from February 22, 2022, the date when this request was sent (or 90 days if it was sent outside the United States). If I fail to do so, a judgment may be entered against me or the entity I represent.

Name of Party: **Robert Hancock**

Date: 2.24.2022

[signature]
Signature of the attorney or unrepresented party

ROBERT HANCOCK
Printed Name

14 Center St., NEPTUNE, NJ 07753
Address

robbobjw@yahoo.com
Email Address

732-865-2736
Telephone Number